UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA STRAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| CENTRAL CREDIT SERVICES OF FL, | ) St. Louis County Circuit Court |
| LLC, and CENTRAL CREDIT | ) Cause No. 16SL-CC04488 |
| SERVICES, LLC, | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Central Credit Services, LLC ("CCS"), registered with the Missouri Secretary of State as Central Credit Services of FL, LLC,[1] which hereby removes from the 21st Judicial Circuit Court of St. Louis County, Missouri, the following described lawsuit, and respectfully states as follows:

1. CCS is the defendant in a civil action filed by plaintiff Angela Strand in the Circuit Court of St. Louis County, Missouri, captioned as *Angela Strand v. Central Credit Services of FL, LLC & Central Credit Services, LLC*, Case No. 16SL-CC04488 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1441 and 1446, CCS removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

---

[1] Plaintiff incorrectly identifies two defendants in the styling and introductory paragraph of the complaint: (1) Central Credit Services, LLC and (2) Central Credit Services of FL, LLC, when in fact there exists only one legal entity. Central Credit Services, LLC registered with the State of Missouri to operate as "Central Credit Services of FL, LLC," in the State of Missouri. *See* Exhibit "A."

3. The complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts a claim under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claim pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k.

5. CCS was served with summons and the State Court Action Complaint on December 8, 2016. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by CCS and is therefore timely filed under 28 U.S.C. § 1446(b).

6. As of the date of this filing, all named defendants that have been served with the State Court Action Complaint consent to removal of the State Court Action.

7. A copy of all process, pleadings and orders served upon CCS in the State Court Action is being filed with this Notice and is attached hereto as Exhibit B.

WHEREFORE, Central Credit Services, LLC removes the case styled as *Angela Strand v. Central Credit Services of FL, LLC & Central Credit Services, LLC*, Case No. 16SL-CC04488 from the 21st Judicial Circuit Court of St. Louis County, Missouri, on this 6th day of January, 2017.

/s/Michael S. Hamlin
Michael S. Hamlin   #52972MO
PITZER SNODGRASS, P.C.
Attorney for Defendant
Central Credit Services, LLC
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: hamlin@pspclaw.com

Copy of the foregoing mailed this 6th day of January, 2017, to:

    Mr. Bryan E. Brody
    Mr. Alexander J. Cornwell
    Brody & Cornwell
    1 North Taylor Avenue
    St. Louis, Missouri 63108
    *Attorneys for Plaintiff*

                                      /s/ Michael S. Hamlin